UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CHRISTOPHER DAVIS, *et al.*, | ) |
|  | ) |
| Plaintiffs, | ) |
|  | ) |
| -against- | ) |
|  | ) |
| RICHARD C. GRIMES, *et al.*, | ) |
|  | ) |
| Defendants. | ) |
|  | ) |

**RULE 7.1 CORPORATE DISCLOSURE OF**
**PLAINTIFF COMMONWEALTH SECOND AMENDMENT, INC.**

Plaintiff COMMONWEALTH SECOND AMENDMENT, INC., by and through its undersigned counsel, discloses pursuant to Rule 7.1 of the Federal Rules of Civil Procedure that it has no parent company and that no publicly traded company owns 10% or more of its shares.

Dated: February 7, 2013

By: /s/ Patrick M. Groulx
    Patrick M. Groulx, Esq.
POLIS LEGAL
P.O. Box 45504
Somerville, Massachusetts 02145
Tel: 978.549.3124
pgroulx@polislegal.com

David D. Jensen, Esq.
DAVID JENSEN PLLC
111 John Street, Suite 230
New York, New York 10038
Tel: 212.380.6615
david@djensenpllc.com
Application for Admission *Pro Hac Vice* Forthcoming