UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTOPHER DAVIS, *et al.*, <br><br> Plaintiffs, <br><br> -against- <br><br> RICHARD C. GRIMES, *et al.*, <br><br> Defendants. | CIVIL ACTION NO. <br> 1:13-cv-10246 |

### MOTION TO ADMIT DAVID D. JENSEN *PRO HAC VICE*

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.5.3 of the Rules of this Court, Plaintiffs move for the admission of David D. Jensen, *pro hac vice*, on the following grounds:

1. David Jensen is admitted to practice and is in good standing before the State courts of New York and New Jersey. I have verified Mr. Jensen's active membership and good standing in the New York and New Jersey bars by checking websites operated by these States.

2. David Jensen has reviewed and is familiar with the Local Rules of this Court.

3. The undersigned, an attorney admitted to practice and in good standing before this Court, has appeared in this action.

Dated: February 8, 2013

                                                                                        Respectfully submitted,

                                                                                 /s/ Patrick M. Groulx
                                                                                 Patrick M. Groulx, Esq.
                                                                                 POLIS LEGAL
                                                                                 P.O. Box 760656
                                                                                 Melrose, Massachusetts 02176
                                                                                 Tel: 978.549.3124
                                                                                 pgroulx@polislegal.com

-2-

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 8, 2013.

/s/ Patrick M. Groulx
Patrick M. Groulx, Esq.
POLIS LEGAL
P.O. Box 45504
Somerville, Massachusetts 02145
Tel: 978.549.3124
pgroulx@polislegal.com