UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CHRISTOPHER DAVIS, *et al.*, <br><br> Plaintiffs, <br><br> -against- <br><br> RICHARD C. GRIMES, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) CIVIL ACTION NO. <br> ) 1:13-cv-10246 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### **D**ECLARATION OF **D**AVID **D.** **J**ENSEN

I, DAVID D. JENSEN, declare as follows:

1. I am an attorney with an office in New York, New York. I am over 18 years of age and am competent to testify on my own behalf.

2. I am a member in good standing of every bar in which I have been admitted to the practice of law. Specifically, I am a member in good standing of the State bars of New York and New Jersey, and the following federal courts: the United States District Courts for the Central District of Illinois, the District of New Jersey, and the Eastern and Southern Districts of New York; the United States Courts of Appeals for the Second, Third, and Seventh Circuits; and, the United States Supreme Court.

3. There are no disciplinary charges pending against me in any jurisdiction. I have never been disciplined or sanctioned by a court or bar association.

4. I have never been convicted of any crime.

5. I have reviewed and become familiar with the Local Rules of the United States District Court for the District of Massachusetts.

-2-

6.    I am currently admitted before this Court *pro hac vice* in the (unrelated) matter Jarvis v. Village Gun Shop, Inc., no. 1:12-cv-40032, over which Judge Tauro is presiding.

7.    A regular member of the bar of this Court is advancing the present motion and has filed a notice of appearance in this case.

I affirm all of the foregoing statements under penalty of perjury under the laws of the United States of America.

Dated: February 8, 2013

       /s/ David D. Jensen      
      David D. Jensen