UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTOPHER DAVIS; WILLIAM J. THOMPSON, JR.; RANDY COLE, JR.; WILSON LOBAO; ROBERT CAPONE; RYAN SHAUGHNESSY; and COMMONWEALTH SECOND AMENDMENT, INC., <br>    Plaintiffs, <br><br> -against- <br><br>RICHARD C. GRIMES, in his Official Capacity as Chief of the Weymouth Police Department; NEIL F. OULLETTE, in his Official Capacity as Chief of the Danvers Police Department; ROBERT L. CHAMPAGNE, in his Official Capacity as Chief of the Peabody Police Department; and GARY J. GEMME, in his Official Capacity as Chief of the Worcester Police Department, <br>    Defendants. | CIVIL ACTION NO. 1:13-cv-10246 |

## **NOTICE OF APPEARANCE**

Please enter my appearance as counsel for the defendant Robert L. Champagne, in his Official Capacity as Chief of the Peabody Police Department, in the above-captioned matter.

        Respectfully submitted,
        The Defendant,
        ROBERT L. CHAMPAGNE, in his Official
        Capacity as Chief of the Peabody Police
        Department,
        By his attorneys
        **PIERCE, DAVIS & PERRITANO, LLP**

        /s/ Adam Simms
        John J. Davis, BBO #115890
        Adam Simms, BBO #632617
        90 Canal Street
        Boston, MA 02114
        (617) 350-0950
        jdavis@piercedavis.com
        asimms@piercedavis.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing Notice of Appearance filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on March 5, 2013.

                                    /s/ Adam Simms
                                    Adam Simms