UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                )
CHRISTOPHER DAVIS; WILLIAM J.                    )
THOMPSON, JR.; RANDY COLE, JR.; WILSON           )
LOBAO; ROBERT CAPONE; RYAN                       )
SHAUGHNESSY; and COMMONWEALTH                    )
SECOND AMENDMENT, INC.,                          )
            Plaintiffs,                          )
                                                 )
    -against-                                    )          CIVIL ACTION NO. 1:13-cv-10246
                                                 )
RICHARD C. GRIMES, in his Official Capacity as   )
Chief of the Weymouth Police Department; NEIL    )
F. OULLETTE, in his Official Capacity as Chief of )
the Danvers Police Department; ROBERT L.         )
CHAMPAGNE, in his Official Capacity as Chief of  )
the Peabody Police Department; and GARY J.       )
GEMME, in his Official Capacity as Chief of the  )
Worcester Police Department,                     )
            Defendants.                          )
_____)

### NOTICE OF APPEARANCE

Please enter my appearance as counsel for the defendant Robert L. Champagne, in his

Official Capacity as Chief of the Peabody Police Department, in the above-captioned matter.

Respectfully submitted,
The Defendant,
ROBERT L. CHAMPAGNE, in his Official
Capacity as Chief of the Peabody Police
Department,
By his attorneys
PIERCE, DAVIS & PERRITANO, LLP


/s/ John J. Davis_____
John J. Davis, BBO #115890
Adam Simms, BBO #632617
90 Canal Street
Boston, MA 02114
(617) 350-0950
jdavis@piercedavis.com
asimms@piercedavis.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing Notice of Appearance filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on March 5, 2013.

/s/ John J. Davis
John J. Davis