UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHRISTOHPER DAVIS; WILLIAM J.        )
THOMPSON, JR.; RANDY COLE, JR.;     )
WILSON LOBAO; ROBERT CAPONE;        )
RYAN SHAUGHNESSY, and               )
COMMONWEALTH SECOND                 )
AMENDMENT, INC.,                    )
              Plaintiffs      )
                              )
v.                                  )          C.A. NO. 13-10246FDS
                              )
RICHARD C. GRIMES, in his Official  )
Capacity as Chief of the Weymouth Police )
Department; NEIL F. OULLETTE, in his )
Official Capacity as Chief of the Danvers )
Police Department; ROBERT L.         )
CHAMPAGNE, in his Official Capacity as   )
Chief of the Peabody Police Department; and )
GARY J. GEMME, in his Official Capacity  )
as Chief of the Worcester Police Department,)
            Defendants        )

## NOTICE OF SPECIAL APPEARANCE ON BEHALF OF DEFENDANT GARY J. GEMME

TO THE CLERK OF THE ABOVE-NAMED COURT:

      Please enter my special appearance in the above-captioned matter as attorney for Defendant Gary J. Gemme, in his Official Capacity as Chief of the Worcester Police Department, who has not yet been served with process in this matter, without waiving his defenses as to lack of personal jurisdiction and/or service of process.

                      By special appearance
                      GARY J. GEMME
                      By his attorneys,
                      David M. Moore
                      City Solicitor

                      */s/ Kevin M. Gould*
                      Kevin M. Gould (BBO #661545)
                      Assistant City Solicitor
                      City Hall, Room 301
                      455 Main Street
                      Worcester, MA  01608
                      (508) 799-1161
                      gouldk@worcesterma.gov

<u>CERTIFICATE OF SERVICE</u>

I, Kevin M. Gould, hereby certify that, on this 21st day of March, 2013, the within, Notice of Special Appearance on Behalf of Defendant Gary J. Gemme, was served upon all counsel of record through this Court's electronic filing system as identified on the Notice of Electronic Filing.

<u>*/s/ Kevin M. Gould*            </u>
Kevin M. Gould
Assistant City Solicitor