UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CHRISTOPHER DAVIS; WILLIAM J. THOMPSON, JR.; RANDY COLE, JR.; WILSON LOBAO; ROBERT CAPONE; RYAN SHAUGHNESSY; and COMMONWEALTH SECOND AMENDMENT, INC., <br><br>                                  Plaintiffs,<br><br>        -against-<br><br>RICHARD C. GRIMES, in his Official Capacity as Chief of the Weymouth Police Department; NEIL F. OULLETTE, in his Official Capacity as Chief of the Danvers Police Department; ROBERT L. CHAMPAGNE, in his Official Capacity as Chief of the Peabody Police Department; and GARY J. GEMME, in his Official Capacity as Chief of the Worcester Police Department,<br><br>                                  Defendants. | CIVIL ACTION NO. 1:13-cv-10246 |

**JOINT STATEMENT
PURSUANT TO L.R. 16.1**

The parties make this Joint Statement pursuant to Local Rule 16.1(d).

**I.   DISCOVERY PLAN**

    **1.   Topics on which Discovery may be Needed**

- Defendants' practices related to "sporting"-type restrictions on licenses to carry firearms (or "LTC's") issued pursuant to M.G.L. c. 140, § 131; and

- The number of active LTC's issued by each Defendant that do and do not carry restrictions.

    **2.   Proposed Discovery Plan**

The parties will attempt to resolve the above factual issues by means of the requisite Rule 26(a) disclosures and written interrogatories. The parties will exchange Rule 26(a) disclosures in advance of the pretrial conference (April 17, 2013). The parties will exchange written interrogatories no later than April 19,

2013.  The parties will exchange discovery requests and responses by e-mail.  In the event that issues of fact remain, the parties will request a revision of this schedule.  The parties do not plan to use expert witnesses.

**3.    Contemplated Motions**

The parties anticipate moving for dispositive relief no later than June 30, 2013.

**4.    Issues with Electronically Stored Information**

There do not appear to be any issues with the production of electronically stored information.

**5.    Issues with Claims of Privilege or Work Product Protection**

Based on the parties' current understanding, there are no issues with claims of privilege or work product protection.

**6.    Whether Trial by Magistrate Judge would be Appropriate**

After considering the matter, the parties do not feel that trial before a magistrate judge would be appropriate.

Respectfully submitted,

THE PLAINTIFFS,
By their attorneys,

 /s/ David D. Jensen
David D. Jensen, Admitted *Pro Hac Vice*
DAVID JENSEN PLLC
111 John Street, Suite 230
New York, New York 10038
Tel:  212.380.6615
Fax:  917.591.1318
david@djensenpllc.com

Patrick M. Groulx, BBO #673394
POLIS LEGAL
P.O. Box 760656
Melrose, Massachusetts 02176
Tel:  978.549.3124
Fax:  617.500.9955

Dated: April 10, 2013            pgroulx@polislegal.com

|  |  |
|---|---|
|  | RICHARD C. GRIMES, in his Official Capacity as Chief of the Weymouth Police Department, Defendant, By His Attorneys, |
|  | /s/ Adam Simms<br>John J. Davis, BBO #115890<br>Adam Simms, BBO #632617<br>Pierce, Davis & Perritano, LLP<br>90 Canal Street<br>Boston, MA 02114<br>Tel. (617) 350-0950<br>jdavis@piercedavis.com |
| Dated: April 10, 2013 | asimms@piercedavis.com |
|  | ROBERT L. CHAMPAGNE, in his Official Capacity as Chief of the Peabody Police Department, Defendant, By His Attorneys, |
|  | /s/ Adam Simms<br>John J. Davis, BBO #115890<br>Adam Simms, BBO #632617<br>Pierce, Davis & Perritano, LLP<br>90 Canal Street<br>Boston, MA 02114<br>Tel. (617) 350-0950<br>jdavis@piercedavis.com |
| Dated: April 10, 2013 | asimms@piercedavis.com |
|  | NEIL F. OUELLETTE, in his Official Capacity as Chief of the Danvers Police Department, Defendant, By His Attorney, |
|  | /s/ Geoffrey P. Wermuth<br>Geoffrey P. Wermuth, BBO #559681<br>Murphy, Hess, Toomey & Lehane<br>300 Colony Drive, P.O. Box 9126<br>Quincy, MA 02269-9126<br>Tel. (617) 479-5000 |
| Dated: April 10, 2013 | gwermuth@mhtl.com |

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on 10 April 2013.

/s/ David D. Jensen
David D. Jensen, Esq.
DAVID JENSEN PLLC
111 John Street, Suite 230
New York, New York 10038
Tel: 212.380.6615
Fax: 917.591.1318
david@djensenpllc.com
Admitted *Pro Hac Vice*