**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CHRISTOPHER DAVIS, *et al.*, | ) |
| | ) |
| | ) |
| Plaintiffs, | ) CIVIL ACTION NO. |
| | ) 1:13-cv-10246 |
| -against- | ) |
| | ) |
| RICHARD C. GRIMES, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

### L.R. 16.1(d)(3) CERTIFICATION

The undersigned counsel and client hereby certify that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

Dated: April 10, 2013

Respectfully submitted,

THE PLAINTIFFS,

By their attorneys,

 /s/ David D. Jensen
David D. Jensen, Esq.
DAVID JENSEN PLLC
111 John Street, Suite 230
New York, New York 10038
Admitted *Pro Hac Vice*

Thomas Bolioli
*on behalf of* Commonwealth
Second Amendment, Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CHRISTOPHER DAVIS, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION NO. |
| | ) | 1:13-cv-10246 |
| -against- | ) | |
| | ) | |
| RICHARD C. GRIMES, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### L.R. 16.1(d)(3) CERTIFICATION

The undersigned counsel and client hereby certify that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

Dated: April 10, 2013

      Respectfully submitted,

      THE PLAINTIFFS,

      By their attorneys,


      /s/ David D. Jensen

      David D. Jensen, Esq.                Robert Capone

      DAVID JENSEN PLLC

      111 John Street, Suite 230

      New York, New York 10038

      Admitted *Pro Hac Vice*

UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

CHRISTOPHER DAVIS, *et al.*,

               Plaintiffs,

      -against-

RICHARD C. GRIMES, *et al.*,

              Defendants.

CIVIL ACTION NO.
1:13-cv-10246

## L.R. 16.1(d)(3) CERTIFICATION

The undersigned counsel and client hereby certify that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

Dated: April 10, 2013

      Respectfully submitted,

      THE PLAINTIFFS,

      By their attorneys,

  /s/ David D. Jensen
David D. Jensen, Esq.
DAVID JENSEN PLLC
111 John Street, Suite 230
New York, New York 10038
Admitted *Pro Hac Vice*

                              Randy Cole, Jr.

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTOPHER DAVIS, *et al.*, ) | |
| ) | |
| ) | |
| Plaintiffs, ) | CIVIL ACTION NO. |
| ) | 1:13-cv-10246 |
| -against- ) | |
| ) | |
| RICHARD C. GRIMES, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

### L.R. 16.1(d)(3) CERTIFICATION

The undersigned counsel and client hereby certify that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

Dated: April 10, 2013

Respectfully submitted,

THE PLAINTIFFS,

By their attorneys,

/s/ David D. Jensen
David D. Jensen, Esq.
DAVID JENSEN PLLC
111 John Street, Suite 230
New York, New York 10038
Admitted *Pro Hac Vice*

Wilson Lobao

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on 10 April 2013.

 /s/ David D. Jensen

David D. Jensen, Esq.
DAVID JENSEN PLLC
111 John Street, Suite 230
New York, New York 10038
Tel:  212.380.6615
Fax:  917.591.1318
david@djensenpllc.com
Admitted *Pro Hac Vice*