UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

CHRISTOPHER DAVIS; WILLIAM J. )
THOMPSON, JR.; RANDY COLE, JR.; WILSON )
LOBAO; ROBERT CAPONE; RYAN )
SHAUGHNESSY; and COMMONWEALTH )
SECOND AMENDMENT, INC., )
      Plaintiffs, )
)
  -against- )   CIVIL ACTION NO. 1:13-cv-10246
)
RICHARD C. GRIMES, in his Official Capacity as )
Chief of the Weymouth Police Department; NEIL )
F. OULLETTE, in his Official Capacity as Chief of )
the Danvers Police Department; ROBERT L. )
CHAMPAGNE, in his Official Capacity as Chief of )
the Peabody Police Department; and GARY J. )
GEMME, in his Official Capacity as Chief of the )
Worcester Police Department, )
      Defendants. )

---

## LOCAL RULE 16.1 CERTIFICATION

Pursuant to Local Rule 16.1(D)(3), the defendant, Robert L. Champagne, and counsel for the defendant hereby certify that they have conferred:

1. with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

2. to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

---

Robert L. Champagne, Chief    4/11/2013
Peabody Police Department
6 Allens Lane
Peabody, MA 01960
(978) 538-6036

Adam Simms, BBO #632617
**PIERCE, DAVIS & PERRITANO, LLP**
90 Canal Street
Boston, MA 02114
(617) 350-0950
asimms@piercedavis.com

**CERTIFICATE OF SERVICE**
I hereby certify that this document(s) filed through the EFC system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 12th day of ~~March~~ April, 2013.

/s/ Adam Simms
Adam Simms