UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTOPHER DAVIS; WILLIAM J. THOMPSON, JR.; RANDY COLE, JR.; WILSON LOBAO; ROBERT CAPONE; RYAN SHAUGHNESSY; and COMMONWEALTH SECOND AMENDMENT, INC., <br>     Plaintiffs, <br> v. <br><br> RICHARD C. GRIMES, in his Official Capacity as Chief of the Weymouth Police Department; NEIL F. OUELLETTE, in his Official Capacity as Chief of the Danvers Police Department; ROBERT L. CHAMPAGNE, in his Official Capacity as Chief of the Peabody Police Department; and GARY J. GEMME, in his Official Capacity as Chief of the Worcester Police Department, <br>     Defendants. | CIVIL ACTION NO. 1:13-cv-10246 |

### Certification Pursuant To Local Rule 16.1

The Defendant Neil F. Ouellette and his counsel hereby certify that we have conferred:

(a)     with a view to establish a budget for the cost of conducting the full course, and various alternative courses, of this litigation; and

(b)     to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Geoffrey P. Wermuth, BBO #559681
Murphy, Hesse, Toomey & Lehane, LLP
300 Crown Colony Dr., 4th Fl.
Quincy, MA 02269
(617) 479-5000
gwermuth@mhtl.com
April 12, 2013

_____
Neil F. Ouellette

Certificate of Service

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 12 day of April, 2013.

/s/ Geoffrey P. Wermuth
_____
Geoffrey P. Wermuth