UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTOPHER DAVIS, *et al.*, | ) )  ) CIVIL ACTION NO. |
| Plaintiffs, | ) 1:13-cv-10246 |
| -against- | ) ) ) |
| RICHARD C. GRIMES, *et al.*, | ) ) |
| Defendants. | ) ) |

**STIPULATION OF DISMISSAL (WITH PREJUDICE) AS TO DEFENDANT
GARY J. GEMME, CHIEF OF POLICE OF THE CITY OF WORCESTER**

WHEREAS:

1) Plaintiffs commenced this action seeking declaratory and injunctive relief against the practice of placing "sporting"-type restrictions on licenses to carry firearms ("LTCs") issued under M.G.L. c. 140, § 131; and

2) On May 4, 2009, Defendant Chief Gary J. Gemme issued Plaintiff Ryan Shaughnessy an LTC with a "Sporting & Target" restriction pursuant to a then existent policy of placing "sporting"-type restrictions on all first-time LTCs; and

3) On or about April 2011, Defendant Chief Gemme rescinded the policy of issuing restricted LTCs to all first-time applicants; and

4) Defendant Chief Gemme has now re-issued Plaintiff Ryan Shaughnessy an LTC that does not carry restrictions,

NOW COME the parties and hereby stipulate that this case be dismissed against Defendant Gary J. Gemme only, with prejudice, with all rights of appeal waived, and with each party to bear its own costs and attorney's fees.

_____
David D. Jensen, *Pro Hac Vice*
DAVID JENSEN PLLC
111 John Street, Suite 230
New York, New York 10038
(212) 380.6615
david@djensenpllc.com

Patrick M. Groulx, BBO #673394
POLIS LEGAL
P.O. Box 760656
Melrose, Massachusetts 02176
(978) 549-3124
pgroulx@polislegal.com

*Attorneys for Plaintiffs*

_____
Kevin M. Gould, BBO #661545
City of Worcester Law Department
455 Main Street, Room 301
Worcester, Massachusetts 01608
(508) 799-1161
gouldk@worcesterma.gov

*Attorney for Chief Gemme*

_____
Adam Simms, BBO #632617
John J. Davis, BBO #115890
Pierce, Davis & Perritano, LLP
90 Canal Street
Boston, MA 02114
Tel. (617) 350-0950
asimms@piercedavis.com
jdavis@piercedavis.com

*Attorney for Chief Grimes*

_____
Adam Simms, BBO #632617
John J. Davis, BBO #115890
Pierce, Davis & Perritano, LLP
90 Canal Street
Boston, MA 02114
Tel. (617) 350-0950
asimms@piercedavis.com
jdavis@piercedavis.com

*Attorney for Chief Champagne*

_____
Geoffrey P. Wermuth, BBO #559681
Murphy, Hess, Toomey & Lehane
300 Colony Drive, P.O. Box 9126
Quincy, MA 02269-9126
Tel. (617) 479-5000
gwermuth@mhtl.com

*Attorney for Chief Ouellette*

2

It is SO ORDERED this 17th day of April, 2013.

/s/ F. Dennis Saylor
_____
F. Dennis Saylor IV
United States District Judge