UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTOPHER DAVIS; WILLIAM J. THOMPSON, JR.; RANDY COLE, JR.; WILSON LOBAO; ROBERT CAPONE; and COMMONWEALTH SECOND AMENDMENT, INC., <br><br>              Plaintiffs, <br><br>     -against- <br><br> RICHARD C. GRIMES, in his Official Capacity as Chief of the Weymouth Police Department; NEIL F. OUELLETTE, in his Official Capacity as Chief of the Danvers Police Department; and ROBERT L. CHAMPAGNE, in his Official Capacity as Chief of the Peabody Police Department, <br><br>              Defendants. | CIVIL ACTION NO. 1:13-cv-10246 |

## STIPULATION OF DISMISSAL

NOW COME the parties and hereby stipulate, pursuant to Rule 41(a)(1)(A)(ii), that the claims of Plaintiff Randy Cole, Jr. against Defendant Chief Neil F. Ouellette shall be, and hereby are, DISMISSED, without prejudice and without costs.

THE PLAINTIFFS,
By their attorneys,

 /s/ David D. Jensen
David D. Jensen, Admitted *Pro Hac Vice*
DAVID JENSEN PLLC
111 John Street, Suite 230
New York, New York 10038
Tel: 212.380.6615
Fax: 917.591.1318
david@djensenpllc.com

Patrick M. Groulx, BBO #673394
POLIS LEGAL
P.O. Box 760656
Melrose, Massachusetts 02176
Tel:  978.549.3124
Fax:  617.500.9955

Dated: June 13, 2013    pgroulx@polislegal.com


NEIL F. OUELLETTE, in his Official Capacity as Chief of the Danvers Police Department, Defendant, By His Attorney,


 /s/ Geoffrey P. Wermuth
Geoffrey P. Wermuth, BBO #559681
Murphy, Hess, Toomey & Lehane
300 Colony Drive, P.O. Box 9126
Quincy, MA 02269-9126
Tel.  (617) 479-5000

Dated:  June 13, 2013    gwermuth@mhtl.com


RICHARD C. GRIMES, in his Official Capacity as Chief of the Weymouth Police Department, Defendant, and ROBERT L. CHAMPAGNE, in his Official Capacity as Chief of the Peabody Police Department, Defendant, By Their Attorneys,


/s/ Adam Simms
John J. Davis, BBO #115890
Adam Simms, BBO #632617
Pierce, Davis & Perritano, LLP
90 Canal Street
Boston, MA 02114
Tel.  (617) 350-0950
jdavis@piercedavis.com

Dated: June 13, 2013    asimms@piercedavis.com

-3-

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on 13 June 2013.

      /s/ David D. Jensen
      David D. Jensen