UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTOPHER DAVIS; WILLIAM J. THOMPSON, JR.; RANDY COLE, JR.; WILSON LOBAO; ROBERT CAPONE; RYAN SHAUGHNESSY; and COMMONWEALTH SECOND AMENDMENT, INC.,<br>　　　　Plaintiffs,<br><br>　　-against-<br><br>RICHARD C. GRIMES, in his Official Capacity as Chief of the Weymouth Police Department, and ROBERT L. CHAMPAGNE, in his Official Capacity as Chief of the Peabody Police Department,<br>　　　　Defendants,<br><br>　　- and -<br><br>COMMONWEALTH OF MASSACHUSETTS,<br>　　　　Intervenor. | CIVIL ACTION NO. 1:13-cv-10246 |

**DEFENDANTS' RICHARD C. GRIMES'S AND ROBERT L. CHAMPAGNE'S
<u>MOTION FOR SUMMARY JUDGMENT</u>**

Pursuant to Fed. R. Civ. P. 56, the Defendants hereby move for summary judgment with respect to all of the claims contained in the Plaintiffs' Amended Complaint. In support thereof, the Court is respectfully referred to the following documents which have been filed contemporaneously herewith:

1. The Affidavit of Chief of Police (Weymouth) Richard Grimes;

2. The Affidavit of Chief of Police (Peabody) Robert Champagne;

3. The Parties' Stipulated-To Joint Statement of Material Facts;

4. The Parties' Joint Compendium of Exhibits; and

- 2 -

5. The Defendants' Memorandum In Support of Their Motion For Summary Judgment.

> Respectfully submitted,
>
> The Defendants,
> RICHARD C. GRIMES, in his Official Capacity as Chief of the Weymouth Police Department, and ROBERT L. CHAMPAGNE, in his Official Capacity as Chief of the Peabody Police Department,
> By their attorneys
> **PIERCE, DAVIS & PERRITANO, LLP**
>
> /s/ Adam Simms
> John J. Davis, BBO #115890
> Adam Simms, BBO #632617
> 90 Canal Street
> Boston, MA 02114
> (617) 350-0950
> jdavis@piercedavis.com
> asimms@piercedavis.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on July 1, 2013.

> /s/ Adam Simms
> Adam Simms