UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTOPHER DAVIS; WILLIAM J. THOMPSON, JR.; WILSON LOBAO; ROBERT CAPONE; and COMMONWEALTH SECOND AMENDMENT, INC.,<br><br>　　　　　　　　　Plaintiffs,<br><br>　-against-<br><br>RICHARD C. GRIMES, in his Official Capacity as Chief of the Weymouth Police Department; and ROBERT L. CHAMPAGNE, in his Official Capacity as Chief of the Peabody Police Department,<br><br>　　　　　　　　　Defendants,<br><br>　-and-<br><br>COMMONWEALTH OF MASSACHUSETTS,<br><br>　　　　　　　　　Intervenor. | CIVIL ACTION NO.<br><br>1:13-cv-10246 |

## **PLAINTIFFS' NOTICE OF MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1 of this Court, Plaintiffs Christopher Davis, William J. Thompson, Jr., Wilson Lobao, Robert Capone, and Commonwealth Second Amendment, Inc., hereby move for summary judgment.

In support of this motion, Plaintiffs rely on the pleadings, the parties' joint submissions, the affidavits and exhibits submitted to the Court, and Plaintiffs' memorandum of law.

Dated: July 1, 2013

        Respectfully submitted,

        THE PLAINTIFFS,

        By their attorneys,

        David D. Jensen, Esq.
        Admitted *Pro Hac Vice*
        DAVID JENSEN PLLC
        111 John Street, Suite 230
        New York, New York 10038
        Tel: 212.380.6615
        Fax: 917.591.1318
        david@djensenpllc.com

        Patrick M. Groulx, Esq.
        BBO No. 673394
        POLIS LEGAL
        P.O. Box 76056
        Melrose, Massachusetts 02176
        Tel: 978.549.3124
        Fax: 617.500.9955
        pgroulx@polislegal.com

        *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on 1 July 2013.

        /s/ David D. Jensen
        David D. Jensen, Esq.