UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Christopher Davis, *et al*.<br><br>                    Plaintiffs,<br><br>          v.<br><br>Richard C. Grimes, in his official capacity as Chief of the Weymouth Police Department, *et al*.,<br><br>                    Defendants. | Civil Action No.<br>1:13-cv-10246 |

**MOTION OF INTERVENOR COMMONWEALTH OF MASSACHUSETTS FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF TWENTY PAGES**

The intervenor Commonwealth of Massachusetts hereby moves under Local Rule 7.1(b)(4) for leave to file a memorandum of law exceeding twenty pages in opposition to plaintiffs' motion for summary judgment. The memorandum contains 21 pages of text, with a signature block on page 22. The proposed memorandum is being filed with this motion. In support of this motion, the Commonwealth says that the importance of the issues in this case required a full exposition of the arguments that extended just past 20 pages.

WHEREFORE, the defendants pray the Court to allow their motion for leave to file a memorandum exceeding twenty pages in opposition to plaintiffs' motion for summary judgment.

- 2 -

          Respectfully submitted,

          MARTHA COAKLEY
            *ATTORNEY GENERAL OF MASSACHUSETTS*

            /s/ William W. Porter
          William W. Porter (BBO # 542207)
          Assistant Attorney General
          Government Bureau
          One Ashburton Place
          Boston, MA  02108

July 31, 2013          617.963.2976
          bill.porter@state.ma.us

Certificate of Service

I hereby certify that this document was filed through the Electronic Case Filing (ECF) system and thus copies will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF); paper copies will be sent to those indicated on the NEF as non registered participants on or before July 31, 2013.

          /s/ William W. Porter
          William W. Porter
          Assistant Attorney General