UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTOPHER DAVIS; WILLIAM J. THOMPSON, JR.; WILSON LOBAO; ROBERT CAPONE; and COMMONWEALTH SECOND AMENDMENT, INC.,<br>        Plaintiffs,<br><br>-against-<br><br>RICHARD C. GRIMES, in his Official Capacity as Chief of the Weymouth Police Department, and ROBERT L. CHAMPAGNE, in his Official Capacity as Chief of the Peabody Police Department,<br>        Defendants,<br><br>- and -<br><br>COMMONWEALTH OF MASSACHUSETTS,<br>        Intervenor. | CIVIL ACTION NO. 1:13-cv-10246 |

**JOINT MOTION TO RESCHEDULE HEARING ON
THE PARTIES' MOTIONS FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 7(b), the parties hereby move for an Order rescheduling the hearing on the parties' Motions for Summary Judgment from September 5, 2013 to September 13, 2013, or such other date as is convenient for the Court. In support of this motion, the parties state as follows:

1. This is an action in which the plaintiffs are challenging the constitutionality of certain provisions of Massachusetts' Gun Control Act, M.G.L c. 140, §121 et. seq. As of the filing of this Joint Motion, the parties have filed their respective Motions for Summary Judgment (filed on July 1, 2013) and their oppositions thereto (filed on July 31, 2013).

2. The parties' Reply Memorandum of Law are due on August 13, 2013.

3. Presently, oral argument on the parties' Motions for Summary Judgment is scheduled for September 5, 2013; however, that is the first day of Rosh Hashanah. Hence, counsel for the Defendants cannot attend the argument scheduled for that day.

4. None of the parties are seeking immediate injunctive relief nor will any of the parties be prejudiced by the short extension requested herein.

5. No minors are involved in this action.

WHEREFORE, the parties respectfully request that oral argument on the parties' Motions for Summary Judgment be rescheduled from September 5, 2013 to September 13, 2013, or to such other date as is convenient for the Court.

Respectfully submitted,

| The Plaintiffs,<br>CHRISTOPHER DAVIS, WILLIAM J. THOMPSON, JR., WILSON LOBAO, ROBERT CAPONE, AND COMMONWEALTH SECOND AMENDMENT, INC.,<br>By their attorneys, | The Defendants,<br>RICHARD C. GRIMES, in his Official Capacity as Chief of the Weymouth Police Department, and<br>ROBERT L. CHAMPAGNE, in his Official Capacity as Chief of the Peabody Police Department,<br>By their attorneys<br>**PIERCE, DAVIS & PERRITANO, LLP** |
| --- | --- |
| /s/ David D. Jensen<br>David D. Jensen,<br>David Jensen PLLC<br>111 John Street, Suite 230<br>New York, NY 10038<br>(212) 380-6615<br>david@djensenpllc.com<br>*Pro Hac Vice Attorney* | /s/ Adam Simms<br>John J. Davis, BBO #115890<br>Adam Simms, BBO #632617<br>90 Canal Street<br>Boston, MA 02114<br>(617) 350-0950<br>jdavis@piercedavis.com<br>asimms@piercedavis.com |

- 3 -

| | |
|---|---|
| and | Intervenor,<br>COMMONWEALTH OF MASSACHUSETTS, |
| /s/ Patrick M. Groulx<br>Patrick M. Groulx, Esq.<br>Polis Legal<br>P.O. Box 760656<br>Melrose, MA 02176<br>(978) 549-3124<br>pgroulx@polislegal.com | /s/ William W. Porter<br>William W. Porter, BBO #542207<br>Assistant Attorney General<br>Government Bureau<br>Office of Attorney General<br>One Ashburton Place<br>Boston MA 02108<br>(617) 727-2200<br>Bill.porter@state.ma.us |

**CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing document filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on August 9, 2013.

                                                        /s/ Adam Simms<br>
                                                        Adam Simms