UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTOPHER DAVIS; WILLIAM J. THOMPSON, JR.; WILSON LOBAO; ROBERT CAPONE; and COMMONWEALTH SECOND AMENDMENT, INC., <br><br> Plaintiffs, <br><br> -against- <br><br> RICHARD C. GRIMES, in his Official Capacity as Chief of the Weymouth Police Department; and ROBERT L. CHAMPAGNE, in his Official Capacity as Chief of the Peabody Police Department, <br><br> Defendants. | CIVIL ACTION NO. 1:13-cv-10246 |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE A 13-PAGE REPLY

Plaintiffs hereby move the Court for leave to file a single 13-page reply, and in support of this motion state as follows:

1. The Court's scheduling order authorizes the filing of reply briefs of up to 12 pages without leave of Court. See Doc. No. 25, p. 3.

2. Since the Court entered its schedule, the Commonwealth of Massachusetts has intervened and filed a brief in opposition to Plaintiffs' summary judgment motion. See Doc. Nos. 27-29, 50.

3. While Plaintiffs are (presumably) entitled to file two reply briefs, it is more efficient to file a single reply that addresses both arguments.

4.       Notwithstanding counsel's best efforts, we have been unable to shorten the reply brief to less than 13 pages, which is one page over the 12-page limit.

WHEREFORE, Plaintiffs pray the Court to allow their motion for leave to file a reply brief that exceeds the 12-page limit by one page.

Dated: July 1, 2013

>                                Respectfully submitted,
>                                THE PLAINTIFFS,
>                                By their attorneys,
>
>                                _____
>                                David D. Jensen, Esq.
>                                Admitted *Pro Hac Vice*
>                                DAVID JENSEN PLLC
>                                111 John Street, Suite 230
>                                New York, New York 10038
>                                Tel:  212.380.6615
>                                Fax:  917.591.1318
>                                david@djensenpllc.com
>
>                                Patrick M. Groulx, Esq.
>                                BBO No. 673394
>                                POLIS LEGAL
>                                P.O. Box 76056
>                                Melrose, Massachusetts 02176
>                                Tel:  978.549.3124
>                                Fax:  617.500.9955
>                                pgroulx@polislegal.com
>
>                                *Attorneys for Plaintiffs*

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to any indicated as non-registered participants on 13 August 2013.

>                                /s/ David D. Jensen
>                                David D. Jensen, Esq.