UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTOPHER DAVIS; WILLIAM J. THOMPSON, JR.; WILSON LOBAO; ROBERT CAPONE; and COMMONWEALTH SECOND AMENDMENT, INC., <br><br> Plaintiffs, <br><br> -against- <br><br> RICHARD C. GRIMES, in his Official Capacity as Chief of the Weymouth Police Department; and ROBERT L. CHAMPAGNE, in his Official Capacity as Chief of the Peabody Police Department, <br><br> Defendants. | CIVIL ACTION NO. 1:13-cv-10246 |

## SECOND DECLARATION OF JACK L. DARLING

I, Jack L. Darling, declare as follows:

1. I reside in Weymouth, Massachusetts and am 52 years of age. I previously provided a Declaration dated July 27, 2013 regarding my experience with the Weymouth Police Department. I submit this Second Declaration to correct a factual misstatement in my prior Declaration that I discovered after obtaining and reviewing pertinent records.

2. As stated in my prior Declaration, I previously lived in Hanson, Massachusetts, where I obtained a license to carry firearms ("LTC") for the purpose of "protection of life and property." This LTC authorized me to carry handguns in public for the purpose of self-protection. After my wife and I moved to Weymouth, I applied to renew my LTC with the Weymouth Police Department.

3. In my prior Declaration, I testified that the Weymouth Police Department imposed a "Target & Hunting" restriction when I *first* renewed my LTC in Weymouth. This statement was inaccurate. Actually, the Weymouth Police Department renewed my LTC without restriction in 1992, 1997, and 2002.

4. The Weymouth Police Department first imposed a "Target & Hunting" restriction when I renewed my license in 2007. The Weymouth Police Department again imposed this "Target & Hunting" restriction when I renewed my license in 2012.

5. As stated in my prior Declaration, I objected to the imposition of this restriction, and I repeatedly requested, unsuccessfully, that the Police Department remove it. The only explanation I was ever provided was that Officer Brian King told me that they did not issue unrestricted LTC's except to business owners and individuals with a business justification for carrying a gun.

6. The rest of the statements in my prior Declaration are accurate.

I affirm all of the foregoing statements under penalty of perjury under the laws of the United States of America.

Dated: September 18, 2013

_____
Jack L. Darling

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on 20 September 2013.

 /s/ David D. Jensen
David D. Jensen, Esq.
DAVID JENSEN PLLC
111 John Street, Suite 230
New York, New York 10038
Tel:  212.380.6615
Fax:  917.591.1318
david@djensenpllc.com
Admitted *Pro Hac Vice*