Joel F. Pierce
John J. Davis*
Judith A. Perritano
John J. Cloherty III*
David C. Hunter III†
Adam Simms†

Of counsel:
Gerald Fabiano
Maria E. DeLuzio
Charles K. Mone*†•■
Maureen L. Pomeroy^V

# PIERCE, DAVIS & PERRITANO, LLP
COUNSELLORS AT LAW

90 CANAL STREET
BOSTON, MA 02114-2018

TELEPHONE (617) 350-0950
FACSIMILE (617) 350-7760

July 18, 2014

Seth B. Barnett
Edward S. Bertrand
Daniel P. Carney
Jason W. Crotty^◻
Michael D. Leedberg•
Melissa M. Malloy*
Meghan L. Riordan
Shauna R. Twohig
Alexandra N. Vilella•○
Zachary M. Weisberg*
Robert G. Weller
John M. Wilusz

✶ also admitted in RI
† also admitted in NY
• also admitted in CT
■ also admitted in ME
^V also admitted in NH
^◻ also admitted in FL
○ also admitted in CA

Judge F. Dennis Saylor, IV
United States District Court
One Courthouse Way
Boston, MA 02210

Re: Christopher Davis, et al. v. Richard C. Grimes, in his Official Capacity as Chief of the Weymouth Police Department, et al.
U.S. District Court, C.A. No. 1:13-cv-10246 FDS

Dear Judge Saylor:

This is to advise you that the City of Peabody has now granted an unrestricted License to Carry Firearms to one of the named plaintiffs, Wilson J. Lobao, copy enclosed.

Respectfully yours,

PIERCE, DAVIS & PERRITANO, LLP

/s/ Adam Simms
Adam Simms

AS/mm
Enclosure

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document and its enclosure, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on July 18, 2014.

/s/ Adam Simms
Adam Simms

## Commonwealth of Massachusetts

### Class A Large Capacity
### License to Carry Firearms (M.G.L. c. 140, § 131)

| License Number: | Date of Issue: | Expiration Date: |
|---|---|---|
| 12552463A | 07/10/2014 | 07/07/2020 |

Issuing City/Town: PEABODY
Restrictions: None

**LOBAO, WILSON J**


