UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CHRISTOPHER DAVIS, and <br> COMMONWEALTH SECOND <br> AMENDMENT, INC., <br>     Plaintiffs, <br><br> v. <br><br> RICHARD C. GRIMES, in his official <br> capacity as Chief of the <br> Weymouth Police Department, <br>     Defendant. | CIVIL ACTION NO. 1:13-CV-10246 |

## JOINT MOTION TO WITHDRAW JURY DEMAND

In accordance with Fed. R. Civ. P., Rule 38, the parties consent and hereby move to withdraw the Jury Demand contained in the Defendant's Answer (Doc. #15).

Respectfully submitted,

| | |
|---|---|
| The Plaintiffs, <br> CHRISTOPHER DAVIS, WILLIAM J. THOMPSON, JR., WILSON LOBAO, ROBERT CAPONE, AND COMMONWEALTH SECOND AMENDMENT, INC., <br> By their attorneys, | The Defendant, <br> RICHARD C. GRIMES, in his Official Capacity as Chief of the Weymouth Police Department, <br> By his attorneys <br><br> **PIERCE, DAVIS & PERRITANO, LLP** |
| */s/ David D. Jensen* <br> David D. Jensen <br> David Jensen PLLC <br> 111 John Street, Suite 420 <br> New York, NY 10038 <br> (212) 380-6615 <br> david@djensenpllc.com <br> *Pro Hac Vice Attorney* | */s/ Adam Simms* <br> Adam Simms, BBO #632617 <br> John J. Davis, BBO #115890 <br> 90 Canal Street <br> Boston, MA 02114 <br> (617) 350-0950 <br> *jdavis@piercedavis.com* <br> *asimms@piercedavis.com* |

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing document filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on January 12, 2015.

                                */s/ Adam Simms*
                                Adam Simms