UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTOPHER DAVIS; and COMMON-<br>WEALTH SECOND AMENDMENT, INC., <br><br>              Plaintiffs,<br><br>   -against-<br><br>RICHARD C. GRIMES, in his Official Capacity as Chief of the Weymouth Police Department,<br><br>             Defendant,<br><br>   -and-<br><br>COMMONWEALTH OF MASSACHUSETTS,<br><br>             Intervenor. | CIVIL ACTION NO.<br><br>1:13-cv-10246 |

## ASSENTED TO MOTION FOR LEAVE TO FILE A RESPONSE

Plaintiffs respectfully move for leave to file the attached response to the other parties' supplemental briefs. The response addresses: (1) Intervenor's argument that another affidavit can resolve the factual issues; and (2) Defendant's assertion that he is now issuing most first-time licenses without restrictions. Plaintiffs did not anticipate these claims when submitting their supplemental brief. Defendant and Intervenor do not oppose this motion for leave.

                Respectfully submitted,

                    THE PLAINTIFFS,
                    By their attorneys,

                    /s/ David D. Jensen
                    David D. Jensen, Admitted *Pro Hac Vice*
                    DAVID JENSEN PLLC
                    111 John Street, Suite 420
                    New York, New York 10038
                    Tel: 212.380.6615
                    Fax: 917.591.1318
                    david@djensenpllc.com

|  |  |
|---|---|
|  | Patrick M. Groulx, BBO #673394 |
|  | Donahue, Grolman & Earle |
|  | 321 Columbus Avenue |
|  | Boston, Massachusetts 0116 |
|  | Tel:  617.859.8966 |
|  | Fax:  617.859.8903 |
| Dated: January 21, 2015 | patrick@d-and-g.com |

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on 21 January 2015.

    /s/ David D. Jensen
David D. Jensen