_____

# PIERCE, DAVIS & PERRITANO, LLP

**COUNSELLORS AT LAW**

90 CANAL STREET
BOSTON, MA 02114-2018

TELEPHONE (617) 350-0950
FACSIMILE   (617) 350-7760

| | |
|---|---|
| Joel F. Pierce | Seth B. Barnett |
| John J. Davis¬ | Edward S. Bertrand |
| Judith A. Perritano | Jason W. Crotty¬ |
| John J. Cloherty III¬ | Michael D. Leedberg• |
| David C. Hunter III† | Melissa M. Malloy¬ |
| Adam Simms† | Shauna R. Twohig |
| Meghan L. Riordan | Alexandra N. Vilella•• |
| | Zachary M. Weisberg¬ |
| Of counsel: | Robert G. Weller |
| Gerald Fabiano | John M. Wilusz |
| Maria E. DeLuzio | |
| Charles K. Mone¬†•· | ¬ also admitted in RI |
| Maureen L. Pomeroy∇ | † also admitted in NY |
| | • also admitted in CT |
| | · also admitted in ME |
| | ∇ also admitted in NH |
| | also admitted in FL |
| | •also admitted in CA |

March 17, 2015

Honorable Judge F. Dennis Saylor, IV
United States District Court
One Courthouse Way
Boston, MA 02210

Re:   Christopher Davis, et al. v. Richard C. Grimes, in his Official Capacity as Chief of the Weymouth Police Department, et al.
      U.S. District Court, C.A. No. 1:13-cv-10246 FDS

Dear Honorable Sir:

As provided by Fed. R. App. P. Rule 28(j), we are enclosing a copy of the Supreme Judicial Court's recent decision in *Chief Of The Police Of The City Of Worcester v. Raymond Holden, Jr.*, Supreme Judicial Court No. 11682 (March 11, 2015), which may be of some value to the Court in assessing the parties' Motions for Summary Judgment in this action.

Respectfully yours,

**PIERCE, DAVIS & PERRITANO, LLP**

*/s/ Adam Simms*
Adam Simms

AS/mm
Enclosure

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document and its enclosure, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on March 17, 2015.

*/s/ Adam Simms*
Adam Simms