UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTOPHER DAVIS; and COMMON-WEALTH SECOND AMENDMENT, INC., ) <br> ) <br> Plaintiffs,  ) <br> ) <br> -against-  ) <br> ) <br> RICHARD C. GRIMES, in his Official Capacity as Chief of the Weymouth Police Department,  ) <br> ) <br> Defendant,  ) <br> ) <br> -and-  ) <br> ) <br> COMMONWEALTH OF MASSACHUSETTS,  ) <br> ) <br> Intervenor.  ) | CIVIL ACTION NO. <br><br> 1:13-cv-10246 |

## JOINT MOTION TO ADJOURN THE APRIL 13, 2014 CONFERENCE

All parties respectfully move the Court to adjourn the conference presently scheduled for April 13, 2014 by 30 days. The primary reason for this request is that Plaintiffs and Defendant are presently attempting to resolve the claims against Chief Grimes (in both this case and in the related matter Batty v. Albertelli, no. 1:15-cv-10238-FDS) and believe there is a reasonably good chance that the claims can be resolved within this 30 day period.

Respectfully submitted,

THE PLAINTIFFS,
By their attorneys,

 /s/ David D. Jensen
David D. Jensen, Admitted *Pro Hac Vice*
DAVID JENSEN PLLC
111 John Street, Suite 420
New York, New York 10038
Tel: 212.380.6615
Fax: 917.591.1318
david@djensenpllc.com

|  |  |
|---|---|
|  | Patrick M. Groulx, BBO #673394 |
|  | Grolman, LLP |
|  | 321 Columbus Avenue |
|  | Boston, Massachusetts 0116 |
|  | Tel:  617.859.8966 |
|  | Fax:  617.859.8903 |
| Dated: April 9, 2015 | patrick@grollmanllp.com |

RICHARD C. GRIMES, in his Official Capacity as Chief of the Weymouth Police Department, Defendant,
By His Attorneys,

/s/ Adam Simms
Adam Simms, BBO #632617
John J. Davis, BBO #115890
Pierce, Davis & Perritano, LLP
90 Canal Street
Boston, MA 02114
Tel.  (617) 350-0950
jdavis@piercedavis.com
Dated:  April 9, 2015    asimms@piercedavis.com

MARTHA COAKLEY, Attorney General of Massachusetts, Intervenor,
By Its Attorneys,

/s/ William W. Porter
William W. Porter, BBO #542207
Assistant Attorney General
Government Bureau
One Ashburton Place
Boston, MA 02108
Tel.  (617) 963-2976
Dated: April 9, 2015    bill.porter@state.ma.us

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on 9 April 2015.

/s/ David D. Jensen
David D. Jensen