# EXHIBIT "B"




THE COMMONWEALTH OF MASSACHUSETTS
EXECUTIVE OFFICE OF PUBLIC SAFETY AND SECURITY
Department of Criminal Justice Information Services
200 Arlington Street, Suite 2200, Chelsea, MA 02150
TEL: 617-660-4600 | TTY: 617-660-4606 | FAX: 617-660-4613
mass.gov/cjis

## Application
### FOR NEW/RENEWAL OF A FIREARMS IDENTIFICATION CARD OR LICENSE TO CARRY FIREARMS OR LICENSE TO POSSES A MACHINE GUN (MGL C.140, s.129B AND s.131)

**Please Check One**                                FTN: _____
                                                    LIC #: _____

___ New Applicant
___ Renewal - Most Recent License to Carry/FID Number: _____
     Issued from Which City/Town? _____ MA   Expiration Date: _____

*NOTE: If application is for first firearms identification card or license to carry firearms, a copy of the Firearms Safety Certificate or Hunter Safety Course Certificate must be attached to this application.

### Please Check the Type of License for Which You are Applying
(Please Check Only One)

___ Firearms Identification Card - Restricted (mace and pepper spray)
___ Firearms Identification Card
___ Class B License to Carry - Non-Large Capacity
___ Class A License to Carry - Large Capacity
___ License to Possess a Machine Gun
___ Check if a Class A Gun Club License *NOTE: Only the Colonel of the State Police can issue a club license.

### Except for Signature, Print or Type all Requested Information

Last Name _____ First Name _____ Middle Name _____ Suffix _____

Residential Address _____ City _____ State _____ Zip Code _____ Telephone Number _____

Gun Club Address (If Applicable) _____ City _____ State _____ Zip Code _____ Telephone Number _____

Date of Birth _____ Place of Birth _____

Mother's First Name _____ Mother's Maiden Name _____ Father's First Name _____ Father's Last Name _____

Height _____ Weight _____ Build _____ Complexion _____ Hair Color _____ Eye Color _____

Occupation _____ Social Security Number (Optional) _____ Drivers License Number _____

Employed By _____ Business Address _____

City/Town _____ State _____ Zip _____ Telephone Number _____

Form FA-25/26                                      Page - 1 of 3

## Please Answer the Following Questions Completely and Accurately

1. Are you a citizen of the United States?

   If naturalized give date, place and naturalization number

   | Date | Place | Naturalization No. |

2. Have you ever used or been known by another name?

   If yes, provide name and explain: _____

3. What is your age? *You must be 21 years of age to apply for a License To Carry Firearms, 18 years of age to apply for a Firearms Identification Card, 15 years of age but less than 18 years of age with submission of a certificate of parent or guardian granting permission to apply for a Firearms Identification Card.

4. Have you ever been convicted of a felony?

5. Have you ever been convicted of the unlawful use, possession, or sale of narcotic or harmful drugs as defined in M.G.L. c. 94C sec. 1?

6. Have you ever been convicted of a crime punishable by incarceration by more than one (1) year?

7. In any state or federal jurisdiction have you ever been convicted as an adult or adjudicated a youthful offender or delinquent child for the commission of (a) a felony; (b) a misdemeanor punishable by imprisonment for more than 2 years; (c) a violent crime as defined in MGL C140.s.121; (d) a violation of any law regulating the use, possession, ownership, sale, transfer, rental, receipt or transportation of weapons or ammunition for which a term of imprisonment may be imposed; or (e) a violation of any law regulating the use, possession or sale of controlled substances as defined in section 1 of MGL 94C?

8. Have you ever been confined to any hospital or institution for mental illness?

9. Are you or have you ever been under treatment for or confinement for drug addiction or habitual drunkenness?

10. Have you ever appeared in any court as a defendant for any criminal offense (excluding non-criminal traffic offenses)?

11. Are you now under any charge(s) for any offense(s) against the law?

12. Are you now or have you ever been the subject of a M.G.L. C209A restraining order or involved in a domestic violence charge?

13. Has any License to Carry Firearms, Permit to Possess Firearms, or Firearms Identification Card issued under the laws of any state or territory ever been suspended, revoked, or denied?

14. Are you currently the subject of any outstanding arrest warrant in any state or federal jurisdiction?

**If You Answered "YES" to any of the Questions 4-14, Give Details Which Must Include Dates, Circumstances and Location**

_____

_____

_____

_____

Other than Massachusetts, in what state, territory or jurisdiction have you resided? _____

Have you ever held a License to Carry in any other state, territory or jurisdiction? _____

If "YES", when, where and license number? _____

**List the Name and Addresses of Two References**

1. _____
   Last Name                              First Name

   _____
   Address                    City/Town                    State        Zip

2. _____
   Last Name                              First Name

   _____
   Address                    City/Town                    State        Zip

Reason(s) for requesting the issuance of a card or license: _____

_____

*WARNING* Any person who knowingly files an application containing false information shall be punished by a fine of not less than $500 nor more than $1,000 or by imprisonment for not less than 6 months nor more than 2 years in a house of correction, or by both such fine and imprisonment (MGL c.140, §§ 129B(8) and 131(h)).

I declare the above facts are true and complete to the best of my knowledge and belief and I understand that any false answer(s) will be just cause for denial or revocation of my license to carry firearms.

Signed under the penalties of perjury this _____ day of _____ _____
                                              day              month      year

Signature of Applicant: _____

Form FA-25/26                                                              Page - 3 of 3