UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTOPHER DAVIS, et al., ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RICHARD C. GRIMES, et al., ) <br> Defendant. ) | CIVIL ACTION <br> NO. 1:13-10246-FDS |

ORDER OF DISMISSAL

Saylor, D. J.

In accordance with the Court's Electronic Order issued on June 17, 2015, granting the defendant's Motion to Dismiss on the Ground That There is no Longer a Case or Controversy Between the Parties, it is hereby ORDERED that the above-entitled action be dismissed.

So Ordered.

F. DENNIS SAYLOR, IV
UNITED STATES DISTRICT JUDGE

By the Court:
June 17, 2015               /s/ Lisa Pezzarossi
Date                        Deputy Clerk